

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 23, 2020

**BY ECF**
The Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:   **United States v. Randolph Silverstein,
      17 Cr. 89 (CS)**

Sentencing adjourned to 4/13/20 at 2:30 pm.

SO ORDERED.

*[signature]*
CATHY SEIBEL, U.S.D.J.      1/23/20

Dear Judge Seibel,

      The Government respectfully submits this letter requesting that the sentencing of Randolph Silverstein be adjourned from March 23, 2020 to April 13, 2020 at 2:30 p.m. due to a scheduling conflict. The Government has conferred with defense counsel Paul Grand, Esq., and he consents to the Government's request. The Government has also conferred with the Court's deputy to confirm that, should the Court grant the Government's request, this date and time are available on the Court's calendar.

      Respectfully Submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by: *[signature]*
    Celia V. Cohen
    Assistant United States Attorney
    (212) 637-2466